# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2275
Lower Tribunal No. 2021-CA-002829-0001-XX

_____

HERITAGE PROPERTY & CASUALTY INSURANCE COMPANY, INC.,

Appellant,

v.

NAPLES BATH AND TENNIS CLUB UNIT D, INC.,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Collier County.
Lisa S. Porter, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK, and GANNAM JJ., concur.

David A. Noel and Kara Rockenbach Link, of Link & Rockenbach, PA, West Palm Beach, and Lesley C. Simms and Jeffrey A. Rubinton, of Rubinton Simms, P.A., Hollywood, for Appellant.

Amanda Broadwell and Jessica Rodriguez, of Goede, DeBoest & Cross, PLLC, Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED